IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CONSTANCE FUSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV00585 |
| | ) | |
| STATE OF NORTH CAROLINA and | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF HEALTH AND HUMAN | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

J-U-D-G-M-E-N-T

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: August 9, 2006